1  Stephen A. Mason, Esq. (SBN:36454)
   **MASON • THOMAS**
2  Attorneys at Law
   2840 Fifth Street
3  Davis, CA 95618-7759
   Telephone:   (530) 757-0883
4  Facsimile:    (530) 757-0895
   E-mail:       steve@masonthomas.com

6  Attorneys for Defendant
   **EL DORADO COUNTY**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| JAMESON BEACH PROPERTY OWNERS' ASSOCIATION, an unincorporated association; GENE LANDON, an individual; and HELEN NICOLAIDES,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE; FOREST SERVICE, a government entity; EL DORADO COUNTY, a government entity; STATE OF CALIFORNIA [CALTRANS], a government entity; and DOES 1 through 25, inclusive,,<br><br>Defendants.<br>_____/ | Case No.: 2:13-CV-01025-MCE-AC<br><br>**STIPULATION TO CONTINUE THE JULY 25, 2013 HEARING ON DEFENDANT COUNTY OF EL DORADO'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(B)(6)); ORDER**<br><br>Date: July 25, 2013<br>Time: 2:00 p.m.<br>Dept: 7<br><br>Complaint Filed:   May 22, 2013 |

   IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiffs and Defendant COUNTY OF EL DORADO, that the hearing on Defendant's Motion to Dismiss, currently scheduled for July 25, 2013, be vacated and continued to August 29, 2013, or a date thereafter that is convenient for the Court.

DATED: July 15, 2013.

**TAHOE LAW CENTER**

By: _____/s/_____
Jacqueline Mittelstadt
Attorney for Plaintiffs
JAMESON BEACH PROPERTY OWNERS'
ASSOCIATION, GENE LANDON, and HELEN
NICOLAIDES

DATED: July 15, 2013.

**MASON • THOMAS**

By: _____/s/_____
Stephen A. Mason
Attorney for Defendant
EL DORADO COUNTY

### ORDER

The hearing on the Defendant COUNTY OF EL DORADO's Motion to Dismiss (ECF No. 11), presently set for July 25, 2013 at 2:00 p.m., is hereby vacated and **continued to September 5, 2013, at 2:00 p.m.**, in Courtroom 7.

IT IS SO ORDERED.

Dated: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT