JACQUELINE MITTELSTADT, ESQ. SBN 172188
TAHOE LAW CENTER
1034 Emerald Bay Road, No. 413
South Lake Tahoe, California 96150
Telephone (530) 307-9412
Facsimile (530) 452-1966
jm@tahoelawcenter.com

Attorneys for Plaintiffs
JAMESON BEACH PROPERTY OWNERS
  ASSOCIATION, GENE LANDON, and HELEN
  NICOLAIDES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMESON BEACH PROPERTY OWNERS' ASSOCIATION, an unincorporated association; GENE LANDON, an individual; and HELEN NICOLAIDES,<br><br>    Plaintiffs,<br><br>    vs.<br><br>THE UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE, FOREST SERVICE, a government entity; EL DORADY COUNTY, a government entity; STATE OF CALIFORNIA [CALTRANS], a government entity; and DOES 1 through 25, inclusive,<br><br>    Defendants. | **Case No.: 2:13-CV-01025**<br><br>**STIPULATION AND ORDER TO STAY LITIGATION TO ALLOW FOR SETTLEMENT DISCUSSIONS** |

Plaintiffs, by and through their attorney Jacqueline Mittelstadt, and Defendants, El Dorado

County ("County"), and, Kris Knox and Camp Richardson Resort, LLC. ("Camp Richardson

Defendants), by and through their attorneys respectively, Mason · Thomas, and Brooke · Shaw ·

Zumpft, hereby submit their request to stay this litigation and allow the parties to pursue amicable settlement discussions, and hereby stipulate as follows:

A.  The time frame within which the parties propose the settlement negotiations will be completed by is January 30, 2014 or any appropriate date set by this Court.

B.  The Camp Rich Defendants and Plaintiffs have agreed to commence discussions on the earliest date all parties are available: November 1, 2013.  A second meeting to include El Dorado County is in the process of being scheduled at the earliest available date in late November 2013.

C.  The Camp Rich Defendants and Plaintiffs hereby agree to defer formal service of the Summons and Complaint until thirty days after expiration of the stay of litigation entered into by way of this Stipulation.  The parties further agree that upon Plaintiffs receipt of a written indemnity agreement, including confirmation that any and all actions and omissions by Mr. Knox will be assumed by Camp Richardson Resort, LLC., Plaintiffs will dismiss Mr. Knox from the instant lawsuit with prejudice. It is agreed that participation in this Stipulation does not constitute an appearance for any purpose.

D.  The parties herein agree to a stay of all discovery.  The parties also agree that during the discovery stay, either party may informally request documents from the other party, and the parties agree to meet and confer in response to any such informal request in an attempt to reach a resolution.

C.  Plaintiff's counsel has discussed with the remaining Defendants consent to stay litigation to pursue a global resolution and discussions are continuing.  Caltrans was recently served and is in the process of ascertaining counsel assigned to this matter.  The US Forest Service and Ms. Nancy Gibson were recently personally served, and prefer to wait until closer to their October deadline to file a responsive pleading before agreeing to a formal stay.  They are committed to participate in the Nov. 1, 2013 meeting.  Finally, Caltrans legal representatives are aware of the Nov. 1, 2013 date, and late November date in process of being scheduled.

1  IT IS SO STIPULATED:

3  Dated:  September 19, 2013                    TAHOE LAW CENTER

   By: /s/_____
   Jacqueline  Mittelstadt
   Attorneys for Plaintiffs
   JAMESON BEACH PROPERTY
   OWNERS  ASSOCIATION, GENE
   LANDON, and HELEN NICOLAIDES


   MASON · THOMAS


   By: /s/_____
   Stephen A. Mason
   Attorneys for Defendant
   EL DORADO COUNTY

   BROOKE • SHAW • ZUMPFT


   By: /s/_____
   T. Scott Brooke
   Attorney's for Defendant
   CAMP RICHARDSON RESORT, LLC
   and KRIS KNOX

**ORDER**

Pursuant to the provisions above, the litigation is hereby stayed until February 1, 2014. Not later than ten (10) days after settlement negotiations conclude on January 30, 2014, the parties are directed to inform this Court of the status of this case and move to lift the stay.

IT IS SO ORDERED.

Dated:  September 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT