BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN (CSBN 214150)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2821
Facsimile:  (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON BEACH PROPERTY OWNERS' ASSOCIATION, an unincorporated association; GENE LANDON an individual; and HELEN NICOLAIDES,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE, FOREST SERVICE, a government entity; EL DORADY COUNTY, a government entity; STATE OF CALIFORNIA [CALTRANS], a government entity, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.  2:13-CV-01025-MCE-AC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE DEADLINE FOR FEDERAL DEFENDANTS TO FILE A RESPONSIVE PLEADING** |

The United States of America, the United States Forest Service (an agency of the United States Department of Agriculture), and Nancy Gibson ("Federal Defendants"), by and through their attorneys of record, and Plaintiffs, by and through their attorney of record, hereby stipulate, subject to approval of the Court, to extend the deadline for Federal Defendants to file a responsive pleading from October 28, 2013, to February 14, 2014, which is two weeks after the stay of litigation ends in this case.

//

|     |                          |                                                                 |
| --- | ------------------------ | --------------------------------------------------------------- |
| 1   |                          | Respectfully submitted,                                         |
| 2   | Dated: October 21, 2013  | BENJAMIN B. WAGNER<br>United States Attorney                    |
| 3   |                          |                                                                 |
| 4   |                          | */s/ Edward A. Olsen*<br>EDWARD A. OLSEN                        |
| 5   |                          | Assistant United States Attorney<br>Attorneys for Federal Defendants |
| 6   |                          |                                                                 |
| 7   | Dated: October 21, 2013  | */s/ Jacqueline Mittelstadt*<br>JACQUELINE MITTELSTADT          |
| 8   |                          | TAHOE LAW CENTER<br>Attorney for Plaintiff                      |

## ORDER

IT IS SO ORDERED.

Dated: October 29, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT