BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN (CSBN 214150)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2821
Facsimile:  (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON BEACH PROPERTY OWNERS' ASSOCIATION, an unincorporated association; GENE LANDON an individual; and HELEN NICOLAIDES,<br><br>               Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE, FOREST SERVICE, a government entity; EL DORADY COUNTY, a government entity; STATE OF CALIFORNIA [CALTRANS], a government entity, and DOES 1 through 25, inclusive,<br><br>               Defendants. | CASE NO.   2:13-CV-01025-MCE-AC<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR FEDERAL DEFENDANTS TO FILE A RESPONSIVE PLEADING** |

The United States of America, the United States Forest Service (an agency of the United States Department of Agriculture), and Nancy Gibson ("Federal Defendants"), by and through their attorneys of record, and Plaintiffs, by and through their attorney of record, hereby stipulate, subject to approval of the Court, to extend the deadline for Federal Defendants to file a responsive pleading from February 14, 2014, to March 14, 2014.

Respectfully submitted,

Dated: February 13, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ Edward A. Olsen
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Federal Defendants

Dated: February 13, 2014

/s/ Jacqueline Mittelstadt
JACQUELINE MITTELSTADT
TAHOE LAW CENTER
Attorney for Plaintiff

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: February 18, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT