BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN (CSBN 214150)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2821
Facsimile:  (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON BEACH PROPERTY OWNERS' ASSOCIATION, an unincorporated association; GENE LANDON an individual; and HELEN NICOLAIDES,<br><br>Plaintiffs,<br><br>v.<br>THE UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE, FOREST SERVICE, a government entity; EL DORADY COUNTY, a government entity; STATE OF CALIFORNIA [CALTRANS], a government entity, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.   2:13-CV-01025-MCE-AC<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR THE FILING OF PLAINTIFFS' RESPONSE TO FEDERAL DEFENDANTS' MOTION TO DISMISS AND TO EXTEND THE HEARING DATE**<br><br>Date:         April 17, 2014<br>Time:        2:00 p.m.<br>Courtroom:  7, 14th Floor<br>Judge:       Morrison C. England, Jr. |

The United States Forest Service ("Forest Service") and Nancy Gibson (the Forest Supervisor) (collectively, "Federal Defendants"), by and through their attorneys of record, and Plaintiffs, by and through their attorney of record, hereby stipulate, subject to approval of the Court, to the following revised briefing schedule and hearing date on Federal Defendants' Motion to Dismiss:

STIPULATION TO EXTEND DEADLINE                1
FOR PLAINTIFFS' OPPOSITION & HEARING DATE

| | |
|---|---|
| Federal Defendants' Motion to Dismiss: | On File |
| Plaintiffs' Opposition (if any): | April 17, 2014 |
| Federal Defendants' Reply: | April 24, 2014 |
| Hearing Date: | May 1, 2014, at 2:00 p.m. |

The parties have agreed to this revised briefing schedule and are respectfully asking the Court to move the currently-scheduled hearing date from April 17, 2014, to May 1, 2014, in order to accommodate Plaintiffs' attorney's schedule and workload.

Respectfully submitted,

Dated: March 27, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Federal Defendants

Dated: March 27, 2014

*/s/ Jacqueline Mittelstadt*
JACQUELINE MITTELSTADT
TAHOE LAW CENTER
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: April 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION TO EXTEND DEADLINE                    2
FOR PLAINTIFFS' OPPOSITION & HEARING DATE