UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON BEACH PROPERTY OWNERS ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES, et al.,<br><br>Defendants. | Case No.  2:13-cv-01025-MCE-AC<br><br>**ORDER** |

On April 18, 2014, Plaintiffs filed a motion for a preliminary injunction against Defendants Camp Richardson Resort ("CRR") and the United States Forest Service. See ECF No. 38.  The Court denied that motion as to United States Forest Service only. ECF No. 83.[1]

On May 15, 2014, Plaintiffs filed a second motion for a preliminary injunction against Defendants CRR and Kris Knox ("Knox"), ECF No. 78.  Pursuant to the filing of Plaintiffs' second motion for a preliminary injunction, Plaintiffs' initial motion for a preliminary injunction, ECF No. 38, is DENIED in its entirety as to all Defendants as moot.  Pursuant to the stipulation of the parties, ECF No. 84, the hearing on Plaintiffs'

---

[1] The Court noted that it was unclear whether Plaintiffs' motion, ECF No. 38, applied to Defendant CRR.  See ECF No. 83 at 2 n. 3.

1

motion for a preliminary injunction against Defendants CRR and Knox, ECF No. 78, is continued to June 26, 2014 at 2:00pm.  Opposition and Reply briefing is due as set forth in Local Rule 230.

　　　　IT IS SO ORDERED.

Dated:  May 28, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT