1  JAMES J. BANKS (SBN 119525)
   jbanks@bw-firm.com
2  ROBERTA LINDSEY SCOTT (SBN 117023)
   rlscott@bw-firm.com
3  BANKS & WATSON
   Hall of Justice Building
4  813 6th Street, Suite 400
   Sacramento, CA 95814-2403
5  (916) 325-1000
   (916) 325-1004 (facsimile)
6
   THOMAS SCOTT BROOKE (SBN 65311)
7  brooke@brooke-shaw.com
   Brooke Shaw Zumpft
8  P.O. Box 2860
   Minden, NV 89423
9  (775) 782-7171
   (775) 782-3081(facsimile)
10
   Attorneys for Defendants
11 CAMP RICHARDSON RESORT, INC
   and KRIS KNOX.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON BEACH PROPERTY OWNERS ASSOCIATION, an unincorporated association; GENE LANDON, an individual; and HELEN NICOLAIDES,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE; FOREST SERVICE, a government entity; EL DORADO COUNTY, a government entity; STATE OF CALIFORNIA [CALTRANS], a government entity; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.:  2:13-cv-01025-MCE-AC<br><br>**STIPULATION AND ORDER TO CONTINUE PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION FROM JULY 10, 2014 TO JULY 24, 2014** |

Plaintiffs Jameson Beach Property Owners Association, Gene Landon and Helen Nicolaides (collectively "Plaintiffs") and defendants Camp Richardson Resort, Inc. and Kris Knox (collectively "CRR") by and through their counsel of record agree and stipulate as follows:

**RECITALS**

WHEREAS, the Plaintiffs filed an Application for Preliminary Injunction. Argument on Plaintiffs' Application was scheduled for June 26, 2014; and

WHEREAS, on June 23, 2014, the Court issued its Minute Order permitting additional briefing as a consequence of new evidence submitted by the Plaintiffs with their reply brief; and

WHEREAS, the Court's Minute Order permitted CRR to file a Sur-Reply, not to exceed 10 pages, to Plaintiffs' Reply and accompanying declarations no later than 2:00 p.m. on June 27, 2014. The Court's Minute Order permitted the Plaintiffs to file a response to CRR's Sur-Reply, also not to exceed 10 pages, on or before 2:00 p.m. on July 3, 2014, which response may not raise new issues or present new evidence; and

WHEREAS, the Court's Minute Order continued the hearing on Plaintiffs' Preliminary Injunction Application to July 10, 2014 at 2:00 p.m.; and

WHEREAS, James J. Banks, counsel to CRR, will be out of the country on July 10, 2014 participating in a pre-arranged teaching assignment in India. Mr. Banks will not return to California until July 17, 2014; and

THEREFORE, in light of Mr. Banks' unavailability on the July 10, 2014 scheduled hearing date, the parties hereto stipulate as follows:

"Hearing on the Plaintiffs' Preliminary Injunction Application shall be continued from July 10, 2014 at 2:00 p.m. to July 24, 2014 at 2:00 p.m. in Courtroom 7, the Honorable Chief Judge Morrison England presiding. Defendants will not use this stipulation and two week extension to bolster

///
///
///
///
///

their laches and lack of irreparable harm arguments, or to plaintiffs' detriment. The briefing schedule set forth in the Court's Minute Order shall remain in place."

  SO STIPULATED.

DATED: June 26, 2014        BANKS & WATSON

               By: /s/ *James J. Banks*
                  JAMES J. BANKS
                  Attorneys for Defendants
                  CAMP RICHARDSON RESORT, INC
                  and KRIS KNOX

DATED: June 26, 2014        TAHOE LAW CENTER

               By: /s/ *Jacqueline Mittelstadt*
                  JACQUELINE MITTELSTADT
                  Attorneys for Plaintiffs
                  JAMESON BEACH PROPERTY OWNERS
                  ASSOCIATION, GENE LANDON, AND HELEN
                  NICOLAIDES

## **ORDER**

  Good cause appearing and pursuant the parties' stipulation, the hearing on Plaintiffs' Preliminary Injunction, presently set for July 10, 2014, at 2:00 p.m., is VACATED and CONTINUED to July 24, 2014, at 2:00 p.m., in Courtroom **7**. The existing briefing schedule set forth in the Court's June 23, 2014 Minute Order, ECF No. 119, SHALL REMAIN in place.

  IT IS SO ORDERED.

Dated: July 2, 2014

               _____
               MORRISON C. ENGLAND, JR., CHIEF JUDGE
               UNITED STATES DISTRICT COURT