JACQUELINE MITTELSTADT, SBN#172188
TAHOE LAW CENTER
1034 Emerald Bay Road Suite 413
South Lake Tahoe, CA 96150
Tel:  (530) 307-9412
Fax: (530) 452-1966
jm@tahoelawcenter.com

Attorney for Plaintiffs
JAMESON BEACH PROPERTY OWNERS
ASSOCIATION, GENE LANDON, HELEN
NICOLAIDES, and RONALD SAXON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JAMESON BEACH PROPERTY OWNERS' ASSOCIATION, an unincorporated association; GENE LANDEN, an individual; and HELEN NICOLAIDES, and RONALD SAXON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA -- (UNITED STATES DEPARTMENT OF AGRICULTURE, FOREST SERVICE), a government entity; EL DORADO COUNTY, a government entity; CAMP RICHARDSON RESORT, INC., a Nevada corporation; ROBERT HASSET, an individual; TAMMY HASSETT, an individual; and KRIS KNOX, an individual; and All Persons Unknown,Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the First Amended Complaint Adverse to Plaintiff's Title, or Any Cloud On Plaintiff's Title Thereto and, DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-01025-MCE-AC<br><br>**STIPULATION AND ORDER TO CONTINUE THE HEARING DATE ON FEDERAL DEFENDANTS' MOTION TO STRIKE (Docket No. 139) AND CAMP RICHARDSON'S MOTION TO STRIKE PORTIONS OF AND MOTION TO DISMISS FIRST AMENDED COMPLAINT (Docket No. 138) FROM SEPTEMBER 4, 2014 TO SEPTEMBER 18, 2014** |

1
STIPULATION AND PROPOSED ORDER TO CONTINUE THE HEARING
FROM SEPTEMBER 4, 2014 TO SEPTEMBER 18, 2014

Case No. 2:13-cv-01025

TAHOE LAW CENTER
1034 Emerald Bay Road
No. 413
South Lake Tahoe, CA 96150

Plaintiffs, by and through their attorney Jacqueline Mittelstadt, and Defendants Camp Richardson Resort, Inc., and Kris Knox, Robert Hassett and Tammy Hassett, (collectively "CRR") by and through their attorney, Roberta Scott, and the United States Forest Service, by and through their attorney, Edward Olsen, hereby submit their stipulation to move the hearing date and associated briefing deadlines on Federal Defendants' Motion To Strike (Docket No. 139) and CRR's Motion To Strike Portions Of and Motion To Dismiss First Amended Complaint (Docket No. 138) from September 4, 2014 to September 18, 2014 at 2:00 p.m.

**IT IS SO STIPULATED:**

DATED: August 19, 2014                TAHOE LAW CENTER

By: /s/ *Jacqueline Mittelstadt*
Jacqueline Mittelstadt
Attorney for Plaintiffs,
JAMESON BEACH PROPERTY OWNERS ASSOCIATION, GENE LANDON, and HELEN NICOLAIDES and RONALD SAXON

DATED: August 19, 2014

By: /s/ *Roberta Scott*
Roberta Scott
Attorney for Defendants,
CAMP RICHARDSON RESORT, Inc., KRIS KNOX, ROBERT HASSETT and TAMMY HASSETT

DATED: Aug. 19, 2014

By: /s/ *Edward Olsen*
Edward Olsen
Attorney for Defendants
UNITED STATES FOREST SERVICE

TAHOE LAW CENTER
1034 Emerald Bay Road
No. 413
South Lake Tahoe, CA 96150

2
STIPULATION AND PROPOSED ORDER TO CONTINUE THE HEARING
FROM SEPTEMBER 4, 2014 TO SEPTEMBER 18, 2014

Case No. 2:13-cv-01025

**ORDER**

Pursuant to the parties' above stipulation (ECF No. 148), the hearing and associated briefing deadlines on Federal Defendants' Motion To Strike (Docket No. 139) and CRR's Motion To Strike Portions Of and Motion To Dismiss First Amended Complaint (Docket No. 138) are CONTINUED from September 4, 2014 to September 18, 2014 at 2:00 p.m.  Defendant El Dorado County's Motion to Strike, ECF No. 142, is already set for September 18, 2014 at 2:00 p.m.  Briefing on all pending motions shall be in accordance with Local Rule 230.  Plaintiffs' Ex Parte Applications (ECF Nos. 149, 153) are therefore DENIED as MOOT.

IT IS SO ORDERED.

Dated:  September 3, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

TAHOE LAW CENTER
1034 Emerald Bay Road
No. 413
South Lake Tahoe, CA 96150

3
STIPULATION AND PROPOSED ORDER TO CONTINUE THE HEARING
FROM SEPTEMBER 4, 2014 TO SEPTEMBER 18, 2014

Case No. 2:13-cv-01025