BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN (CSBN 214150)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2821
Facsimile:  (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON BEACH PROPERTY OWNERS' ASSOCIATION, an unincorporated association; GENE LANDON an individual; and HELEN NICOLAIDES,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE, FOREST SERVICE, a government entity; EL DORADY COUNTY, a government entity; STATE OF CALIFORNIA [CALTRANS], a government entity; CAMP RICHARDSON RESORT, INC.; KRIS KNOX, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.   2:13-CV-01025-MCE-AC<br><br>**JOINT STATUS REPORT AND ORDER** |

The parties to the above-captioned case hereby submit this joint status report.

On November 7, 2014, this Court stayed the above-captioned case, along with *Jameson Beach Property Owners Ass'n et al. v. United States, et al.*, 2:14-cv-00718-MCE-AC, pending settlement negotiations before Magistrate Judge Claire.  *See* Docket No. 178.

The parties engaged in two settlement conferences with Magistrate Judge Claire:  one on November 6, 2014, and another on January 8 and 9, 2015.  The case did not settle, but the parties

JOINT STATUS REPORT

asked the Court to continue the stay for an additional 30 days, to give the parties a further opportunity to resolve this matter short of further litigation.  *See* Docket No. 188.  The parties were not able to resolve this case during this additional 30-day period.  However, the parties believe that an additional 14-day period would assist the parties in resolving this case short of further litigation and respectfully ask the Court to continue the stay of proceedings for that period of time.  If the case is not settled within this additional 14-day period of time, the parties will submit an additional joint status report to the Court.

Respectfully submitted,

Dated:  February 23, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Federal Defendants

Dated:  February 23, 2015

*/s/ Jacqueline Mittelstadt*
JACQUELINE MITTELSTADT
TAHOE LAW CENTER
Attorney for Plaintiffs

Dated:  February 23, 2015

*/s/ Stephen A. Mason*
STEPHEN A. MASON
Law Offices of Stephen A. Mason

Attorneys for El Dorado County

Dated:  February 23, 2015

*/s/ James J. Banks*
JAMES J. BANKS
Banks & Watson
Attorney for Camp Richardson Resort, Inc. and Kris Knox

//
//

JOINT STATUS REPORT

**ORDER**

Pursuant to the parties' request to continue the stay currently in effect for an additional fourteen days, the stay of proceedings is continued to March 9, 2015.  If the case does not settle during this period of time, the parties are directed to file a joint status report no later than March13, 2015.

IT IS SO ORDERED.

Dated:  March 3, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

JOINT STATUS REPORT