**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMESON BEACH PROPERTY OWNERS' ASSOCIATION, an unincorporated association' GENE LANDON, an individual, and HELEN NICOLAIDES, an individual, | Case No. 2:14-CV-0718-MCE-AC |
| Plaintiffs, | ORDER |
| v. | |
| UNITED STATES FOREST SERVICE, et al., | |
| Defendants. | |

Pursuant to the parties' request to continue the stay currently in effect, the stay of proceedings is continued to September 18, 2015.  If the case does not settle during this period of time, the parties are directed to file a joint status report no later than September 25, 2015.

Dated:  March 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT