1  JACQUELINE MITTELSTADT, ESQ. SBN 172188
   MITTELSTADT LAW
2  1034 Emerald Bay Road, No. 413
   South Lake Tahoe, California 96150
3  Telephone (530) 307-9412
   Facsimile (530) 452-1966
4  jm@tahoelawcenter.com

5  Attorneys for Plaintiffs
   JAMESON BEACH PROPERTY OWNERS
6  ASSOCIATION, GENE LANDON, and HELEN
   NICOLAIDES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JAMESON BEACH PROPERTY OWNERS' ASSOCIATION, an unincorporated association; GENE LANDON, an individual; and HELEN NICOLAIDES, an individual,<br><br>    Plaintiffs,<br>    vs.<br><br>THE UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE, FOREST SERVICE, a government entity; EL DORADO COUNTY, a government entity; STATE OF CALIFORNIA [CALTRANS], a government entity; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.: 2:13-cv-01025-MCE-AC<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF GENE LANDON AND HELEN NICOLAIDES** |

///

///

///

///

1
ORDER

Case No.: 2:13-cv-01025

Plaintiffs Gene Landon and Helen Nicolaides have requested that the Court dismiss them from this action pursuant to Federal Rule of Civil Procedure 41(a).  ECF Nos. 194, 195.  Good cause appearing, the request is GRANTED; Gene Landon and Helen Nicolaides are hereby DISMISSED from this action.  The stay in this action shall remain in effect.

IT IS SO ORDERED.

Dated:  September 3, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2
ORDER
Case No.: 2:13-cv-01025