IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON BEACH PROPERTY OWNERS' ASSOCIATION, an unincorporated association,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE, FOREST SERVICE, a government entity; EL DORADO COUNTY, a government entity; STATE OF CALIFORNIA [CALTRANS], a government entity; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | CASE NO.   2:13-CV-01025-MCE-AC<br><br>**ORDER EXTENDING STAY OF PROCEEDINGS** |

　　　Pursuant to the parties' request to continue the stay of proceedings currently in effect (ECF No. 198), the stay of proceedings is continued to January 22, 2016.  If the parties do not have a final, executed Settlement Agreement prior to January 22, 2016, the parties are directed to file a joint status report no later than January 29, 2016.

　　　IT IS SO ORDERED.

Dated:  October 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT