JACQUELINE MITTELSTADT
TAHOE LAW CENTER
1034 Emerald Bay Road Suite 413
South Lake Tahoe, CA  96150
Telephone:  (530) 307-9412
Facsimile:  (530) 452-1966
jm@tahoelawcenter.com

Attorney for Plaintiff

JAMESON BEACH PROPERTY OWNERS ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON BEACH PROPERTY OWNERS' ASSOCIATION, an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE, FOREST SERVICE, a government entity; EL DORADO COUNTY, a government entity; STATE OF CALIFORNIA [CALTRANS], a government entity; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.   2:13-CV-01025-MCE-AC<br><br>**ORDER EXTENDING STAY OF PROCEEDINGS** |

Pursuant to the parties' status report (ECF No. 202-1), in which they ask this Court to continue the stay of proceedings currently in effect, the stay of proceedings is continued to April 29, 2016.  If the parties do not have a final, executed Settlement Agreement prior to April 29, 2016, the parties are directed to file a joint status report no later than May 6, 2016.

IT IS SO ORDERED.
Dated:  February 2, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER