IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON BEACH PROPERTY OWNERS' ASSOCIATION, an unincorporated association,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE, FOREST SERVICE, et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO.   2:13-CV-01025-MCE-AC<br><br>**ORDER EXTENDING STAY OF PROCEEDINGS** |

　　　　Pursuant to the parties' status report (ECF No. 204-1), in which they ask this Court to continue the stay of proceedings currently in effect, the stay of proceedings is continued to August 5, 2016.  If the parties do not have a final, executed Settlement Agreement prior to August 5, 2016, the parties are directed to file a joint status report no later than August 12, 2016.

　　　　IT IS SO ORDERED.

Dated:  May 12, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE