UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMESON BEACH PROPERTY OWNERS ASSOCIATION, et al.,

Plaintiff,

v.

UNITED STATES, et al.,

Defendants.

No. 2:13-cv-01025-MCE-AC

**ORDER EXTENDING STAY OF PROCEEDINGS**

Pursuant to the parties' status report (ECF No. 206-1) in which they ask this Court to continue the stay of proceedings currently in effect, the stay of proceedings is continued to November 28, 2016. If the parties have not submitted a final, executed Settlement Agreement by that time, they are directed to appear before this Court on December 1, 2016 at 2:00 p.m. to show cause why this case has not been settled and to provide input on a date certain on which the Court will require the submission of a finalized and executed Settlement Agreement.

IT IS SO ORDERED.

Dated: November 15, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE