JACQUELINE MITTELSTADT, SBN#172188
TAHOE LAW CENTER
1034 Emerald Bay Road Suite 413
South Lake Tahoe, CA 96150
Tel:  (530) 307-9412
Fax: (530) 452-1966
jm@tahoelawcenter.com

Attorney for Plaintiffs
JAMESON BEACH PROPERTY OWNERS ASSOCIATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JAMESON BEACH PROPERTY OWNERS' ASSOCIATION, a California unincorporated association; GENE LANDEN, an individual; and HELEN NICOLAIDES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA -- (UNITED STATES DEPARTMENT OF AGRICULTURE, FOREST SERVICE), a government entity; EL DORADO COUNTY, a government entity; CAMP RICHARDSON RESORT, INC., a Nevada corporation; ROBERT HASSET, an individual; TAMMY HASSETT, an individual; and KRIS KNOX, an individual; and All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the First Amended Complaint Adverse to Plaintiff's Title, or Any Cloud On Plaintiff's Title Thereto and, DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-01025-MCE-AC<br><br>**NOTICE OF VOLUNTARY DISMISSAL AND ORDER** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily

TAHOE LAW CENTER
1034 Emerald Bay Road
No. 413
South Lake Tahoe, CA 96150

Case No. 2:13-cv-01025

1
NOTICE OF VOLUNTARY DISMISSAL

dismisses the above-captioned action without prejudice.

Dated: Dec. 21, 2016                    TAHOE LAW CENTER

                                        By: / s /   Jacqueline Mittelstadt
                                        JACQUELINE MITTELSTADT ESQ.
                                        Attorneys for Plaintiffs JAMESON BEACH
                                        PROPERTY OWNER'S ASSOCIATION

## ORDER

   Pursuant to the Notice of Voluntary Dismissal above, the litigation is hereby dismissed without prejudice.  The Clerk is directed to close the file.
   IT IS SO ORDERED.

Dated: January 9, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE